LEESE (UNITED STATES v.). See Case No. 15,590.

Case No. 8,208.

In re LE FAVOUR.

[8 Ben. 43.] [1]

District Court, E. D. New York. Feb., 1875.

BANKRUPTCY—OPENING ADJUDICATION MADE BY DEFAULT.

1. A motion was made on behalf of a bankrupt, against whom an adjudication had been made by default, to have the default opened and to be allowed to file an answer. The answer proposed did not deny the act of bankruptcy, but denied that the petitioners were creditors or constituted one-quarter in number and one-third in value of the creditors of the bankrupt.

2. The court ordered a reference to the register to examine witnesses on notice as to the fact whether the petitioners did constitute one-quarter in number and one-third in value, and the register reported that they did. Held, that the court,

[1] [Reported by Robert D. Benedict, Esq., and Benj. Lincoln Benedict, Esq., and here reprinted by permission.]

being satisfied with the conclusion of the register. would not open the default to allow the interposition of an answer without merit.

[In the matter of Israel Le Favour. a bankrupt.]

BENEDICT, District Judge. This is a motion to set aside an adjudication of bankruptcy entered by default, and for leave to file an answer. The answer desired to be filed contains no denial of the act of bankruptcy, but is simply a denial that the petitioners are creditors of the bankrupt and that they constitute one-quarter in number and one-third in value of all the creditors of the bankrupt. Under a preliminary order of the court, a reference was ordered to the register to examine witnesses, on notice, as to the fact whether the petitioners do constitute one-quarter in number and one-third in value of the creditors of the bankrupt; the result of which reference is a report of the register that the petitioning creditors do constitute one-quarter in number and one-third in value of the creditors of the bankrupt. On this report the motion to open the default and to set aside the proceeding has been renewed. Upon the only issue sought to be raised by the answer, I am satisfied with the conclusion arrived at by the register. I see no reason for setting aside the adjudication, chiefly for the purpose of allowing the interposition of a defense which appears to have little merit. The motion to open the default and set aside the proceedings is therefore denied.